# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ROJAS ARIAS,<br><br>               Petitioner,<br><br>        v.<br><br>SCOTT FRAUENHEIM,<br>Warden,<br><br>               Respondent. | Case No. ED CV 14-1969-JFW (SP)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


DATED: January 12, 2018

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE